**Opinion issued April 9, 2026**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-26-00145-CV**

————————————

**IN RE KEVIN HENRY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Kevin Henry has filed a petition for writ of mandamus complaining of the trial court's order granting a motion to compel.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Johnson.

---

[1]  The underlying case is *Derrick Dees v. Kevin Henry, Peter Lefevre, and Brittney Darbonne*, cause number 136646-CV, pending in the 239th District Court of Brazoria County, Texas, the Honorable Greg Hill presiding.